IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CR 12-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | **ORDER** |
| MARQUICE RIVERS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Al Messer's Application for Admission to Practice *Pro Hac Vice* of Dwight L. Thomas. It appearing that Dwight L. Thomas is a member in good standing with the Georgia State Bar and will be appearing with Al Messer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Al Messer's Motion for Application *Pro Hac Vice* (#8) of Dwight L. Thomas is **GRANTED**, and that Dwight L. Thomas is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Al Messer.

Signed: March 30, 2010

Dennis L. Howell
United States Magistrate Judge