# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00012-MR-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MARQUICE LUMONT RIVERS, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. United States v. Rivers, No. 13-4848 (4th Cir. June 27, 2014).

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have the Defendant present in Asheville, North Carolina, for the October 2014 sentencing term;

(2) The Clerk of Court shall calendar this matter for that term;

(3) The Federal Defender shall provide counsel to the Defendant for resentencing; and

(4) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: July 28, 2014

Martin Reidinger
United States District Judge